UNITED STATES DISTRICT COURT　　　　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 04, 2020
David J. Bradley, Clerk

Michael Dyll and Remi Dyll, §
　　Plaintiffs, §
§
v. § Civil Action H-19-3648
§
Palomar Specialty Insurance Co., §
　　Defendant. §

## Order of Adoption

On January 17, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (10) recommending that the court deny the Dylls' motion to remand. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion.

Signed February 4, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge